Lexi J. Epley, Esq.
Nevada Bar No. 16232
**DINSMORE & SHOHL LLP**
655 W Broadway, Suite 800
San Diego, CA 92101
Ph: (619) 400-0500
Fax: (619) 400-0501
lexi.epley@dinsmore.com

Christopher Turtzo, Esq.
Nevada Bar No. 10253
**MORRIS SULLIVAN & LEMKUL, LLP**
3960 Howard Hughes Parkway Suite 400,
Las Vegas, NV 89169
Ph: (702) 405-8100
Fax: (702) 405-8101
turtzo@morrissullivanlaw.com
*Designated for service pursuant to LR IA 11-1(b)(2)(ii)*

*Attorneys for Defendant,*
GREEN DOT CORPORATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JANICE DARKO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GREEN DOT CORPORATION, WELLS FARGO BANK, N.A.,<br><br>　　　　Defendants. | Case No.: 2:25-cv-00741-JCM-DJA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT GREEN DOT CORPORATION'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT BY 28 DAYS**<br><br>**(First Request)**<br><br>Complaint Filed: April 28, 2025<br>Trial Date: Not yet set<br><br>Judge: Hon. James C. Mahan |

Pursuant to Local Rule IA-6-1, Plaintiff JANICE DARKO ("Plaintiff") and Defendant GREEN DOT CORPORATION ("Green Dot") (Plaintiff and Green Dot collectively referred to as "the Parties"), through their respective counsel of record, and subject to the Court's approval, hereby stipulate as follows:

1. WHEREAS, Plaintiff filed her Complaint on April 28, 2025;

2. WHEREAS, Green Dot was served with the Summons and Complaint on May 1, 2025;

3. WHEREAS, based on the date of service of the Summons and Complaint, Green Dot's current deadline to respond to the Complaint is May 22, 2025;

4. WHEREAS, Green Dot requires additional time to review the file and to prepare a response to the Complaint, and requests the proposed extension to allow the Parties to engage in settlement discussions in order to resolve the case without incurring unnecessary litigation costs and expenses;

5. WHEREAS, the Parties therefore agree, subject to the Court's approval, to extend the deadline for Green Dot to answer or otherwise respond to the Complaint by twenty-eight (28) days, to June 19, 2025;

6. WHEREAS, this extension is sought in good faith and is not made for the purpose of delay;

7. WHEREAS, the Parties agree that good cause exists for this extension;

8. WHEREAS, this is the Parties' first request for an extension.

**THE PARTIES HEREBY STIPULATE AND AGREE** that Green Dot's deadline to answer or otherwise respond to the Complaint is extended to June 19, 2025.

*[signature pages to follow on next page]*

/ / /

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| Dated: May 21, 2025 | | **LAW OFFICE OF KEVIN L. HERNANDEZ** |

By: */s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Ave., Suite 101
Las Vegas, NV 89147
*Attorneys for Plaintiff*
JANICE DARKO

Dated: May 21, 2025                                    **DINSMORE & SHOHL LLP**

By: *Lexi Epley*
Lexi J. Epley, Esq.
Nevada Bar No. 16232
655 W Broadway, Suite 800
San Diego, CA 92101
Ph: (619) 400-0500
Fax: (619) 400-0501
lexi.epley@dinsmore.com

**MORRIS SULLIVAN & LEMKUL, LLP**

Christopher Turtzo, Esq.
Nevada Bar No. 10253
3960 Howard Hughes Parkway Suite 400
Las Vegas, NV 89169
Ph: (702) 405-8100
Fax: (702) 405-8101
turtzo@morrissullivanlaw.com
*Attorney designated for service pursuant to Local Rule 1A 11-1(b)*

*Attorneys for Defendant*
GREEN DOT CORPORATION

**IT IS SO ORDERED**.

DATED: 5/23/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on May 22, 2025, a true copy of this document was served by electronic mail upon all registered CM/ECF users, and by United States Postal Service upon all non-registered CM/ECF users in this case as indicated below:

Kevin L. Hernandez
Nevada Bar No. 12594
LAW OFFICE OF KEVIN L. HERNANDEZ
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

_____
Lexi J. Epley

1  LEXI J. EPLEY
   Nevada Bar No. 16232
2  Lexi.Epley@dinsmore.com
   DINSMORE SHOHL LLP
3  655 West Broadway, Suite 800
4  San Diego, California 92101
   Tele: (619) 400-0500
5  Fax:  (619) 400-0501

6  CHRISTOPHER TURTZO
7  Nevada Bar No. 10253
   turtzo@morrissullivanlaw.com
8  MORRIS SULLIVAN LEMKUL, LLP
   3960 Howard Hughes Parkway Suite 400,
9  Las Vegas, Nevada 89169
   Tele: (702) 405-8100
10 Fax:  (702) 405-8101

11 Attorneys for Defendant
12 GREEN DOT CORPORATION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANICE DARKO, | Case No.: 2:25-cv-00741-JCM-DJA |
| Plaintiff, | **[PROPOSED] ORDER TO EXTEND DEFENDANT GREENDOT CORPORATION'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT BY 28 DAYS** |
| v. | |
| GREEN DOT CORPORATION, WELLS FARGO BANK, N.A., | **(FIRST RE UEST)** |
| Defendant. | |

**ORDER**

Upon stipulation of the Parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant GREEN DOT CORPORATION shall have until June 19, 2025, to file a response to the Complaint.

**IT IS SO ORDERED:**

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**DINSMORE & SHOHL LLP**

By: /s/ Lexi Epley
Lexi J. Epley, Esq.
Nevada Bar No. 16232
655 W Broadway, Suite 800
San Diego, CA 92101
Ph: (619) 400-0500
Fax: (619) 400-0501
lexi.epley@dinsmore.com

*Attorneys for Defendant*
GREEN DOT CORPORATION

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on May 22, 2025, a true copy of this document was served by electronic mail upon all registered CM/ECF users, and by United States Postal Service upon all non-registered CM/ECF users in this case as indicated below:

Kevin L. Hernandez
Nevada Bar No. 12594
LAW OFFICE OF KEVIN L. HERNANDEZ
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

_____
Lexi J. Epley