

Kelly H. Dove, Esq. (NV Bar No. 10569)
Jennifer B. Lustig, Esq. (NV Bar No. 9110)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
       jlustig@swlaw.com

*Attorney for Defendant Wells Fargo Bank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANICE DARKO,<br><br>            Plaintiff,<br><br>vs.<br><br>GREEN DOT CORPORATION; WELLS FARGO BANK, N.A.<br><br>            Defendants. | Case No. 2:25-cv-00741-JCM-DJA<br><br>**JOINT MOTION** ~~STIPULATION~~ **TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**[SECOND REQUEST]** |

THIS STIPULATION is entered into by and between Defendant Wells Fargo Bank, N.A. ("Wells Fargo") and Plaintiff Janice Darko ("Darko", and together with Wells Fargo, the "Parties"), by and through their respective counsel of record, to extend Wells Fargo's deadline to respond to Plaintiff's Complaint from June 5, 2025 until June 19, 2025 based on the following:

1. Plaintiff filed the Complaint on April 28, 2025.

2. Plaintiff served the Summons and Complaint on Wells Fargo on May 1, 2025.

3. Based on the date of service of the Summons and Complaint, Wells Fargo's original deadline to respond to the Complaint was May 22, 2025.

4. On May 20, 2025, the Parties filed a stipulation to extend the deadline for Wells Fargo to respond to the Complaint until June 5, 2025 [ECF No. 8], which the Court granted. [ECF No. 10.]

5. The Parties are discussing early resolution options that may resolve all claims pled by Darko against Wells Fargo. To allow the Parties sufficient opportunity to discuss resolution options without the need to expend resources, the Parties stipulate and agree to a further extension

4919-1368-9930

for Wells Fargo to respond to the Complaint.

**NOW, THEREFORE**, based on the foregoing and subject to Court approval, the Parties agree as follows:

1. The Parties stipulate and agree to extend the deadline for Wells Fargo to respond to the Complaint, up to and including **June 19, 2025**, to allow the Parties sufficient time to evaluate early resolution options.

2. This extension request is sought in good faith and is not made for the purpose of delay.

**IT IS SO STIPULATED.**

Dated: June 3, 2025

SNELL & WILMER L.L.P.

*/s/ Jennifer B. Lustig*
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer B. Lustig, Esq.
Nevada Bar No. 9110
1700 South Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135
*Attorneys for Defendant Wells Fargo Bank, N.A.*

Dated: June 3, 2025

LAW OFFICE OF KEVIN L. HERNANDEZ

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Ave., Suite 101
Las Vegas, NV 89147
*Attorneys for Plaintiff Janice Darko*

**ORDER**

Under Local Rule 7-1(c), a stipulation that has been signed by fewer than all the parties or their attorneys will be treated - and must be filed - as a joint motion. The Court thus treats this filing as a joint motion and will expect that future filings follow Local Rule 7-1(c). The Court GRANTS the joint motion (ECF No. 14).

**IT IS SO ORDERED.**

Dated: 6/4/2025

UNITED STATES MAGISTRATE JUDGE

4919-1368-9930

1  Respectfully submitted by:

2  SNELL & WILMER L.L.P.

3  */s/ Jennifer B. Lustig*
   Kelly H. Dove, Esq.
4  Nevada Bar No. 10569
   Jennifer B. Lustig, Esq.
5  Nevada Bar No. 9110
6  1700 South Pavilion Center Drive, Ste. 700
   Las Vegas, Nevada 89135
7  *Attorneys for Defendant Wells Fargo Bank, N.A.*

- 3 -

4919-1368-9930

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2025 I electronically filed the foregoing **STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT [SECOND REQUEST]** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED June 3, 2025.

*/s/ Joanna Fung*
An employee of SNELL & WILMER L.L.P

- 4 -

4919-1368-9930