| | |
|---|---|
| 1 | Kelly H. Dove, Esq. (NV Bar No. 10569) |
| 2 | Jennifer B. Lustig, Esq. (NV Bar No. 9110)<br>SNELL & WILMER L.L.P. |
| 3 | 1700 South Pavilion Center Drive, Suite 700<br>Las Vegas, Nevada 89135 |
| 4 | Telephone: 702.784.5200<br>Facsimile: 702.784.5252 |
| 5 | Email: kdove@swlaw.com<br>          jlustig@swlaw.com |
| 6 | *Attorney for Defendant Wells Fargo Bank, N.A.* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANICE DARKO, | Case No. 2:25-cv-00741-JCM-DJA |
| Plaintiff, | |
| vs. | **JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |
| GREEN DOT CORPORATION; WELLS FARGO BANK, N.A. | **[THIRD REQUEST]** |
| Defendants. | |

THIS JOINT MOTION is entered into by and between Defendant Wells Fargo Bank, N.A. ("Wells Fargo") and Plaintiff Janice Darko ("Darko", and together with Wells Fargo, the "Parties"), by and through their respective counsel of record, to extend Wells Fargo's deadline to respond to Plaintiff's Complaint from June 20, 2025 until July 11, 2025 based on the following:

1. Plaintiff filed the Complaint on April 28, 2025.

2. Plaintiff served the Summons and Complaint on Wells Fargo on May 1, 2025.

3. Based on the date of service of the Summons and Complaint, Wells Fargo's original deadline to respond to the Complaint was May 22, 2025.

4. On May 20, 2025, the Parties filed a stipulation to extend the deadline for Wells Fargo to respond to the Complaint until June 5, 2025 [ECF No. 8], which the Court granted. [ECF No. 10.]

5. On June 3, 2025, the Parties filed a second stipulation to extend the deadline for

4936-5383-8415

Wells Fargo to respond to the Complaint until June 20, 2025[1] [ECF No. 14], which the Court granted. [ECF No. 15.]

6. The Parties continue discussing early resolution options that may resolve all claims pled by Darko against Wells Fargo. To allow the Parties sufficient opportunity to further discuss resolution options without the need to expend resources, the Parties stipulate and agree to a further extension for Wells Fargo to respond to the Complaint.

**NOW, THEREFORE**, based on the foregoing and subject to Court approval, the Parties agree as follows:

1. The Parties stipulate and agree to extend the deadline for Wells Fargo to respond to the Complaint, up to and including **July 11, 2025**, to allow the Parties sufficient time to evaluate early resolution options.

2. This extension request is sought in good faith and is not made for the purpose of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: June 20, 2025 | Dated: June 20, 2025 |
| SNELL & WILMER L.L.P. | LAW OFFICE OF KEVIN L. HERNANDEZ |
| */s/ Jennifer B. Lustig* | */s/ Kevin L. Hernandez* |
| Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Jennifer B. Lustig, Esq.<br>Nevada Bar No. 9110<br>1700 South Pavilion Center Drive, Ste. 700<br>Las Vegas, Nevada 89135<br>*Attorneys for Defendant Wells Fargo Bank, N.A.* | Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>8920 W. Tropicana Ave., Suite 101<br>Las Vegas, NV 89147<br>*Attorneys for Plaintiff Janice Darko* |

**ORDER**

Upon Joint Motion of the Parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant Wells Fargo Bank, N.A., shall have until July 11, 2025 to file a response to the Complaint.

---

[1] The Parties stipulated to extend the deadline until June 19, 2025, which was a Court holiday. As such, the current deadline to respond to the Complaint expires on June 20, 2025.

4936-5383-8415

1        **IT IS SO ORDERED the joint motion (ECF No. 18) is GRANTED.**

2        Dated: 6/23/2025

3

4        UNITED STATES MAGISTRATE JUDGE

5

6 Respectfully submitted by:

7 SNELL & WILMER L.L.P.

8 /s/ *Jennifer B. Lustig*
Kelly H. Dove, Esq.
Nevada Bar No. 10569

9 Jennifer B. Lustig, Esq.
Nevada Bar No. 9110

10 1700 South Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135

11 *Attorneys for Defendant Wells Fargo Bank, N.A.*

- 3 -

4936-5383-8415

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2025 I electronically filed the foregoing **JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT [THIRD REQUEST]** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED June 20, 2025.

/s/ Joanna Fung
An employee of SNELL & WILMER L.L.P

- 4 -

4936-5383-8415