Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANICE DARKO,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GREEN DOT CORPORATION, WELLS FARGO BANK, N.A.,<br><br>　　　　　　Defendants. | Case No.: 2:25-cv-00741-JCM-DJA<br><br>**STIPULATION AND ORDER OF DISMISSAL OF GREEN DOT CORPORATION ONLY WITH PREJUDICE** |

　　　　Plaintiff, Janice Darko ("Plaintiff") and Defendant, Green Dot Corporation ("Green Dot") have resolved all claims, disputes, and differences between the Plaintiff and Green Dot only.

　　　　Therefore, Plaintiff and Green Dot, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the claims against Green Dot with prejudice under Fed.R.Civ.P. 41(a)(1)(A)(ii), with Plaintiff and Green Dot bearing their own

///

///

///

///

///

///

attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: August 6, 2025

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

/s/ *Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
***Attorney for Plaintiff***

Dated: August 6, 2025

**DINSMORE & SHOHL LLP**

/s/ *Lexi J. Epley*
Lexi J. Epley, Esq.
Nevada Bar No. 16232
655 W Broadway, Suite 800
San Diego, CA 92101
Ph: (619) 400-0500
Fax: (619) 400-0501
lexi.epley@dinsmore.com
***Attorneys for Green Dot Corporation***

Dated: August 6, 2025

**SNELL & WILMER L.L.P.**

 /s/ *Jennifer B. Lustig*
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer B. Lustig, Esq.
Nevada Bar No. 9110
1700 South Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135
***Attorneys for Defendant Wells Fargo Bank, N.A.***

## ORDER OF DISMISSAL WITH PREJUDICE AS TO GREEN DOT CORPORATION ONLY

Under Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff's claims against Green Dot only are hereby dismissed with prejudice. Plaintiff and Green Dot will bear their own costs, attorney's fees, and expenses.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 11, 2025