Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANICE DARKO,<br><br>  Plaintiff,<br><br>  v.<br><br>GREEN DOT CORPORATION, WELLS FARGO BANK, N.A.,<br><br>  Defendants. | Case No.: 2:25-cv-00741-JCM-DJA<br><br>**STIPULATION AND ORDER OF DISMISSAL OF WELLS FARGO BANK, N.A. ONLY WITH PREJUDICE** |

     Plaintiff, Janice Darko ("Plaintiff") and Defendant, Wells Fargo Bank, N.A. ("Wells Fargo") have resolved all claims, disputes, and differences between the Plaintiff and Wells Fargo only.

     Therefore, Plaintiff and Wells Fargo, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the claims against Wells Fargo with prejudice under Fed.R.Civ.P. 41(a)(1)(A)(ii), with Plaintiff and Wells Fargo bearing

///

///

///

///

///

their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: August 12, 2025

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: August 12, 2025

**SNELL & WILMER L.L.P.**

*/s/ Jennifer B. Lustig*
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer B. Lustig, Esq.
Nevada Bar No. 9110
1700 South Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135
*Attorneys for Defendant Wells Fargo Bank, N.A.*

### ORDER OF DISMISSAL WITH PREJUDICE AS TO WELLS FARGO BANK, N.A. ONLY

Under Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff's claims against Wells Fargo only are hereby dismissed with prejudice. Plaintiff and Wells Fargo will bear their own costs, attorney's fees, and expenses.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 13, 2025